**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **APONTE CUMALO, Nestor Jose** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **Case No. 7:26-cv-00309-WLS-ALS** |
| | : | **28 U.S.C. § 2241** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN, IRWIN COUNTY** | : | |
| **DETENTION CENTER** | : | |
| | : | |
| **Respondent.** | : | |

## NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION

On October 12th, 2026, Petitioner filed a habeas corpus petition with this Court, challenging his detention in immigration custody at the Irwin County Detention Center in Ocilla, GA (ECF,1).

On October 23rd, 2026, the Immigration Judge issued an order denying Petitioner's request for a change in custody status due to failure to show he is not a danger to persons or property or, in the alternative, a significant flight risk. Having complied with the Court's directive to seek administrative relief, Petitioner hereby gives notice that this action is voluntarily dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted, this 28th day of October, 2026.

/s/ Matthew O. Boles
Matthew O. Boles
GA Bar No. 904287 | LA Bar No. 37593
MANJI LAW, P.C.
5745 Lawrenceville Hwy
Tucker, GA 30084
matt@manjilaw.com | 941-524-7913
*Counsel for Petitioner*

**SO ORDERED this 2nd day of November, 2026**

W. Louis Sands

**W. Louis Sands, SR. Judge**
**United States District Court**